```
              UNITED STATES BANKRUPTCY COURTT
                SOUTHERN DISTRICT OF FLORIDA
                  FORT LAUDERDALE DIVISION
```

                                    CASE NO.: 05-22109-BKC-RBR
IN RE:                              PROCEEDING UNDER CHAPTER 13

ROBERT S. WITTMAN
XXX-XX-1019
DENISE B. WITTMAN
XXX-XX-6715

DEBTORS_____/



**NOTICE OF DEPOSIT OF FUNDS WITH**
**THE U.S. BANKRUPTCY COURT CLERK**

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of $263.06 remaining in her bank account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above-named case. The Trustee has made a good-faith effort to verify the correct mailing address for said entitiies and to deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment.

Attached and made a part of this notice, is a list, pursuant to Bankruptcy Rule 3001, of the names, claim numbers and addresses of the claimants and the amounts to which each is entitled.

**WHEREFORE**, the Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing this estate.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk was mailed to the parties listed on the attached service list this 16th day of April, 2010.

```
                                    ROBIN R. WEINER, ESQUIRE
                                    STANDING CHAPTER 13 TRUSTEE
                                    P.O. BOX 559007
                                    FORT LAUDERDALE, FL 33355-9007
                                    FLORIDA BAR NO. 861154
```

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

## SERVICE LIST

DEBTORS
ROBERT S. WITTMAN
DENISE B. WITTMAN
12314 W SAMPLE ROAD
CORAL SPRINGS, FL 33065

ATTORNEY FOR DEBTORS
JEFFREY H. TROMBERG, ESQUIRE
FLORIDA DEBT RELIEF CTR, LLC
8551 W. SUNRISE BLVD #300
PLANTATION, FL 33322

ATTACHMENT

## NOTICE OF DEPOSIT OF FUNDS WITH U.S. BANKRUPTCY COURT CLERK

### Attachment - Listing of Claimant

Case Number:    05-22109-BKC-RBR

Creditor No.:   109953

Claimant:       ZIMMERMAN & NADERPOUR
                CCS FINANCIAL SERVICES
                292 S UNIVERSITY DRIVE
                PLANTATION, FL. 33324